DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIBERTO VARGAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1941

[November 18, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case No. 50-1997-CF-011687-AXXX-MB.

Eriberto Vargas, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***